1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11    SHANNA NICHOLS,                    )    CASE NO.: EDCV12-0793 JVS (SPx)
                                         )
12                 Plaintiff,            )
                                         )
13          vs.                          )    **PROTECTIVE ORDER**
                                         )
14    COLORADO BANKERS LIFE              )
      INSURANCE COMPANY, and DOES        )
15    1 through 10, inclusive,           )
                                         )    Complaint Filed:  April 18, 2012
16                 Defendants.           )
                                         )
17    _____)

18
19
20
21
22
23
24
25
26
27
28

o:\ecf ready\nichols - proposed order.doc

## <u>ORDER</u>

Good cause having been shown within the parties' Stipulated Protective Order (the "Stipulation"), the Court hereby orders that the handling of confidential, proprietary and/or trade secret documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED**.

DATED:   July 2, 2012      _____

Sheri Pym
United States Magistrate Judge for the Central
District of California